Henry J. McManaman, Appellee, v. Johns-Manville Products Corporation, Appellant.

Gen. No. 43,718.

opinion filed April 21, 1947; released for publication May 5, 1947. James A. Dooley, for appellant; Joseph D. Ryan and Louis P. Miller, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.